EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | 2012 TSPR 169   |
|                             |                 |
| Juan Carlos Ríos Pérez      | 187 DPR ____    |

Número del Caso: TS-8594


Fecha: 26 de octubre de 2012


Abogado de la Parte Peticionaria:

        Por derecho propio


Materia: Readmisión al Ejercicio de la Notaría


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                          TS-8594

    Juan Carlos Ríos Pérez

                        RESOLUCIÓN

San Juan, Puerto Rico, a 26 de octubre de 2012.

        Examinada la *Solicitud de Reinstalación al Ejercicio de la Notaría,* presentada por el Lic. Juan Carlos Ríos Pérez a la luz del Informe de la Oficina de Inspección de Notaría, se autoriza su admisión.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no interviene. El Juez Asociado señor Rivera García proveería no ha lugar.


                     Aida Ileana Oquendo Graulau
                  Secretaria del Tribunal Supremo